DONNA S. TAMANAHA, Assistant U.S. Trustee (WI#1013199)
Patricia Cutler, Trial Attorney (50352)
U.S. Department of Justice
Office of the United States Trustee
235 Pine Street, Suite 700
San Francisco, CA 94104-3484
Telephone: (415) 705-3333
Facsimile: (415) 705-3379

Attorneys for Acting United States Trustee
 AUGUST B. LANDIS

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br><br>**GRACE PLAMENCO**<br><br>        Debtor. | Case No. 10-13595<br><br>Chapter 7 |

## UNITED STATES TRUSTEE'S DECLINATION STATEMENT
## PURSUANT TO 11 U.S.C. § 704(b)(2)

    August B. Landis, Acting United States Trustee(UST), files this Declination Statement based on 11 U.S.C. § 704(b)(2) and represents as follows:

    1.    This case was commenced by the filing of a voluntary petition ("Petition") under Chapter 7 of Title 11 on September 17 2010.

    2.    The Debtor has primarily consumer debt.

    3.    Debtor filed a Chapter 7 Statement of Current Monthly Income and Means Test Calculation indicating that the presumption of abuse does not arise under 11 U.S.C. § 707(b).

    4.    On November 1, 2010, the UST filed a statement pursuant to 11 U.S.C. § 704(b)(1)(A) stating the presumption arises.

    5.    The Bankruptcy Code at 11 U.S.C. § 704(b)(2) provides that:

    The United States trustee . . . shall, not later than 30 days after the date of

> filing of a statement under paragraph (1), either file a motion to dismiss or convert under section 707(b) or file a statement setting forth the reasons the United States trustee . . . does not consider such a motion to be appropriate, if the United States trustee . . . determines that the debtor's case should be presumed to be an abuse under section 707(b) and the product of the debtor's current monthly income, multiplied by 12 is not less than [the applicable median family income amount].

*See* 11 U.S.C. § 704(b)(2).

6. Based upon currently available information, the UST will not file a motion to dismiss this case under 11 U.S.C. § 707(b)(2) because the UST does not consider such a motion to be appropriate.

7. Accordingly, notwithstanding that the UST asserted that the presumption of abuse arose under 11 U.S.C. § 707(b)(2), the UST declines to file a motion to dismiss this case.

WHEREFORE, the UST, having considered the facts of this case, will not file a motion to dismiss under 11 U.S.C. § 707(b)(2).

Dated: November 30, 2010

Respectfully submitted,

August B. Landis
Acting United States Trustee

By: /s/ Patricia Cutler
Patricia Cutler
Attorney for the U.S. Trustee